**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MONTOREY DANYELL HARPER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 3:17cv390-MCR-CJK**

**REBECCA BRIMMER; EDWARD**
**HARPER, SR.; AND UNITED**
**STATES OF AMERICA,**

    **Defendants.**
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 16, 2017.  ECF No. 6.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This cause is DISMISSED.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 16th day of November 2017.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**